Nos. 15-1544, 15-1551, 15-1552

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
_____

THE SHANE GROUP, ET AL.,

*Plaintiffs-Appellees,*

v.

BLUE CROSS BLUE SHIELD OF MICHIGAN,

*Defendant-Appellee*,

CHRISTOPHER ANDREWS,

*Objector-Appellant*

SCOTT MANCINELLI,

*Objector-Appellant*,

ADAC AUTOMOTIVE, ET AL.,

*Objectors-Appellants.*
_____

On Appeal from the United States District Court
for the Eastern District of Michigan, Southern Division,
No. 02:10-cv-14360-DPH-MKM
_____

**MOTION TO CONSOLIDATE APPEALS**
_____

Daniel A. Small
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Avenue, NW, Suite 500
Washington, DC 20005
(202) 408-4600

E. Powell Miller
THE MILLER LAW FIRM, P.C.
950 West University Drive, Suite 300
Rochester, Michigan 48307
(248) 841-2200

Daniel E. Gustafson
Daniel C. Hedlund
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 333-8844

Fred T. Isquith
Theodore B. Bell
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
270 Madison Avenue
New York, New York, 10016
(212) 545-4690

David H. Fink (P28235)
Darryl Bressack (P67820)
FINK + ASSOCIATES LAW
100 West Long Lake Rd, Suite 111
Bloomfield Hills, MI 48304
(248) 971-2500

*Counsel for Plaintiffs-Appellees*

Constantine L. Trela
John M. Skakun III
Tacy F. Flint
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7293

Christopher Andrews
P.O. Box 530394
Livonia, MI 48152

*Counsel for Defendant-Appellee*

*Objector-Appellant*

Bryan R. Walters
VARNUM LLP
P.O. Box 352
Grand Rapids, MI 49501
(616) 336-6000

Scott Mancinelli
HOESCH & VANDER PLOEG, PLC
156 West Washington Avenue
Zeeland, MI 49464
(616) 990-0453

*Counsel for Objectors-Appellants
ADAC Automotive*

*Objector-Appellant*

On March 31, 2015, the District Court for the Eastern District of Michigan (Hood, J.) approved a $30 million settlement resolving an antitrust class action against Blue Cross Blue Shield of Michigan. D. Ct. Dkt. No. 215. Between May 8 and May 11, 2015, a small group of objectors filed three separate appeals of that approval. *See* Nos. 15-1544, 15-1551, & 15-1552. Currently, each of those appeals is subject to a different briefing schedule:

- No. 15-1544: Objector's brief was filed June 23, 2015; opposition briefs are due July 27, 2015. *See* Dkt. Nos. 11 & 12.

- No. 15-1551: Objector's brief is due July 10, 2015; opposition briefs are due August 12, 2015. *See* Dkt. No. 14.

- No. 15-1552: Objector's brief is due August 5, 2015; opposition briefs are due September 8, 2015. *See* Dkt. No. 13.

Plaintiffs respectfully request that the three appeals be consolidated for purposes of scheduling briefing and oral argument (if the Court finds oral argument necessary), with opposition briefs due in all three cases on the same date. This will allow Plaintiffs to consolidate their responses into a single brief and the Court to consider all issues simultaneously, eliminating redundancy and conserving the resources of both the Court and the parties. This request applies only to scheduling and allowing Plaintiffs to file a single brief; Plaintiffs take no position on whether the Objectors' reply briefs, if any are filed, should be consolidated or filed separately.

Plaintiffs request that the earliest reasonable deadlines be set. This will allow for the prompt resolution of the appeals so that, if settlement approval is affirmed, recoveries can be distributed as soon as possible. This would prevent further delay in a nearly five-year-old case and, importantly, would reduce the risk that the contact information of claiming class members—including the tens of thousands of claimants who are individuals—will become out-of-date and payments will not reach all of them.

Plaintiffs contacted Defendant Blue Cross Blue Shield of Michigan and all appealing objectors to request their consent to this motion. Defendant and Objectors Mancinelli and ADAC Automotive each consented, but Objector Andrews refused to consent.

Dated: Thursday, July 02, 2015

                                               Respectfully submitted:

                                               **THE MILLER LAW FIRM, P.C.**

                                               By: /s/ *E. Powell Miller*
                                               E. Powell Miller
                                               THE MILLER LAW FIRM, P.C.
                                               950 West University Drive, Suite 300
                                               Rochester, Michigan 48307
                                               Tel: (248) 841-2200

Daniel A. Small
COHEN MILSTEIN SELLERS
& TOLL PLLC
1100 New York Avenue NW
Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

Daniel E. Gustafson
Daniel C. Hedlund
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844

Fred T. Isquith
Theodore B. Bell
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
270 Madison Avenue
New York, New York, 10016
Tel: (212) 545-4690

David H. Fink (P28235)
Darryl Bressack (P67820)
FINK + ASSOCIATES LAW
100 West Long Lake Rd, Suite 111
Bloomfield Hills, MI 48304
Tel: (248) 971-2500

*Counsel for Plaintiffs-Appellees*

Nos. 15-1544, 15-1551, 15-1552

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

THE SHANE GROUP, ET AL.,

*Plaintiffs-Appellees,*

v.

BLUE CROSS BLUE SHIELD OF MICHIGAN,

*Defendant-Appellee*,

CHRISTOPHER ANDREWS,

*Objector-Appellant*

SCOTT MANCINELLI,

*Objector-Appellant*,

ADAC AUTOMOTIVE, ET AL.,

*Objectors-Appellants*.
_____

On Appeal from the United States District Court
for the Eastern District of Michigan, Southern Division,
No. 02:10-cv-14360-DPH-MKM

_____

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2015, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

I also certify that I served a copy of the foregoing documents via first class US Mail upon:

Christopher Andrews
P.O. Box 530394
Livonia, MI 48152

                      Respectfully submitted:

                      **The Miller Law Firm, P.C.**

                      By: /s/ *E. Powell Miller*
                      E. Powell Miller
                      THE MILLER LAW FIRM, P.C.
                      950 W. University Dr., Suite 300
                      Rochester, MI 48307
                      Tel: (248) 841-2200