Nos. 15-1544, 15-1551, 15-1552

IN THE UNITED STATES COURT OF APPEALS FOR
THE SIXTH CIRCUIT

---

THE SHANE GROUP, ET AL.,

    *Plaintiffs-Appellees,*

v.

BLUE CROSS BLUE SHIELD OF MICHIGAN,

    *Defendant-Appellee*,

CHRISTOPHER ANDREWS,

    *Objector-Appellant*

SCOTT MANCINELLI,

    *Objector-Appellant*,

ADAC AUTOMOTIVE, ET AL.,

    *Objectors-Appellants*.

---

On Appeal from the United States District Court
for the Eastern District of Michigan, Southern Division, No.
02:10-cv-14360-DPH-MKM

---

**MOTION BY SCOTT MANCINELLI FOR
EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

---

1

Daniel A. Small  
COHEN MILSTEIN SELLERS & TOLL PLLC  
1100 New York Avenue, NW, Suite 500  
Washington, DC 20005  
(202) 408-4600

E. Powell Miller  
THE MILLER LAW FIRM, P.C.  
950 West University Drive, Suite 300  
Rochester, Michigan 48307  
(248) 841-2200

Daniel E. Gustafson  
Daniel C. Hedlund  
GUSTAFSON GLUEK PLLC  
Canadian Pacific Plaza  
120 South Sixth Street, Suite 2600  
Minneapolis, MN 55402  
(612) 333-8844

Fred T. Isquith  
Theodore B. Bell  
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC  
270 Madison Avenue  
New York, New York, 10016  
(212) 545-4690

David H. Fink (P28235)  
Darryl Bressack (P67820)  
FINK + ASSOCIATES LAW  
100 West Long Lake Rd, Suite 111  
Bloomfield Hills, MI 48304  
(248) 971-2500

*Counsel for Plaintiffs-Appellees*

Constantine L. Trela  
John M. Skakun III  
Tacy F. Flint  
SIDLEY AUSTIN LLP  
One South Dearborn  
Chicago, IL 60603  
(312) 853-7293

Christopher Andrews  
P.O. Box 530394  
Livonia, MI 48152

*Counsel for Defendant-Appellee*

*Objector-Appellant*

Bryan R. Walters  
VARNUM LLP  
P.O. Box 352  
Grand Rapids, MI 49501  
(616) 336-6000

Scott Mancinelli  
156 West Washington Avenue  
Zeeland, MI 49464  
(616) 990-0453

*Counsel for Objectors-Appellants ADAC Automotive*

*Objector-Appellant*

Appellant and class action objector Scott Mancinelli hereby requests an extension of time to file his brief on appeal pursuant to FRAP & IOP 26. This is the first request for an extension of any kind by Scott Mancinelli.

An additional two weeks is being requested as Mancinelli's recent trial schedule has consumed all available time.

Moving party does not believe that there will be any prejudice to the Appellees or any other party, as Co-Appellant's Andrews and ADAC Automotive have already filed extensive briefs which encompass the majority of the legal and factual issues upon which this Appellant basis his appeal. Thus Mancinelli's appeal brief when filed will be far more succinct and is unlikely to cause any significant expenditure of time or delay the filing of Appellee's brief.

The undersigned contacted all counsels who have appeared in the case and Chris Andrews via email to request their consent to this motion. Thus far no response has been received other than from Mr. Andrews who gave his consent.

Dated: August 6, 2015

>Respectfully submitted:

>**Scott Mancinelli, Appellant**

>By: /s/ *Scott Mancinelli*
>156 West Washington Avenue
>Zeeland, MI 49464
>(616) 990-0453

4

Nos. 15-1544, 15-1551, 15-1552

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

THE SHANE GROUP, ET AL.,

*Plaintiffs-Appellees,*

v.

BLUE CROSS BLUE SHIELD OF MICHIGAN,

*Defendant-Appellee*,

CHRISTOPHER ANDREWS,

*Objector-Appellant*

SCOTT MANCINELLI,

*Objector-Appellant*,

ADAC AUTOMOTIVE, ET AL.,

*Objectors-Appellants*.

---

On Appeal from the United States District Court
for the Eastern District of Michigan, Southern Division,
No. 02:10-cv-14360-DPH-MKM

---

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2015, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

I also certify that I served a copy of the foregoing documents via first class US Mail upon:

Christopher Andrews
P.O. Box 530394
Livonia, MI 48152

Respectfully submitted:

**Scott Mancinelli, Appellant**

By: /s/ *Scott Mancinelli*
    156 West Washington Avenue
    Zeeland, MI 49464
    (616) 990-0453