No. 15-1552

IN THE UNITED STATES COURT OF APPEALS FOR
THE SIXTH CIRCUIT

THE SHANE GROUP, ET AL.,

*Plaintiffs-Appellees,*

v.

BLUE CROSS BLUE SHIELD OF MICHIGAN,

*Defendant-Appellee*,

CHRISTOPHER ANDREWS,

*Objector-Appellant*

SCOTT MANCINELLI,

*Objector-Appellant*,

ADAC AUTOMOTIVE, ET AL.,

*Objectors-Appellants*.

On Appeal from the United States District Court
for the Eastern District of Michigan, Southern Division, No.
02:10-cv-14360-DPH-MKM

**CORRECTED MOTION BY SCOTT MANCINELLI FOR
EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

1

Daniel A. Small
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Avenue, NW, Suite 500
Washington, DC 20005
(202) 408-4600

E. Powell Miller
THE MILLER LAW FIRM, P.C.
950 West University Drive, Suite 300
Rochester, Michigan 48307
(248) 841-2200

Daniel E. Gustafson
Daniel C. Hedlund
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 333-8844

Fred T. Isquith
Theodore B. Bell
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
270 Madison Avenue
New York, New York, 10016
(212) 545-4690

David H. Fink (P28235)
Darryl Bressack (P67820)
FINK + ASSOCIATES LAW
100 West Long Lake Rd, Suite 111
Bloomfield Hills, MI 48304
(248) 971-2500

*Counsel for Plaintiffs-Appellees*

Constantine L. Trela
John M. Skakun III
Tacy F. Flint
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7293

Christopher Andrews
P.O. Box 530394
Livonia, MI 48152

*Counsel for Defendant-Appellee*

*Objector-Appellant*

Bryan R. Walters
VARNUM LLP
P.O. Box 352
Grand Rapids, MI 49501
(616) 336-6000

Scott Mancinelli
156 West Washington Avenue
Zeeland, MI 49464
(616) 990-0453

*Counsel for Objectors-Appellants
ADAC Automotive*

*Objector-Appellant*

Appellant and class action objector Scott Mancinelli hereby requests an extension of time to file his brief on appeal pursuant to FRAP & IOP 26. This is the first request for an extension of any kind by Scott Mancinelli. An additional ten days is being requested as Mancinelli's recent trial schedule has consumed all available time. The extension would thus expire at midnight on Saturday August 15, 2015.

Moving party does not believe that there will be any prejudice to the Appellees or any other party, as Co-Appellant's Andrews and ADAC Automotive have already filed extensive briefs which encompass the majority of the legal and factual issues upon which this Appellant basis his appeal. Thus Mancinelli's appeal brief when filed will be far more succinct and is unlikely to cause any significant expenditure of time or delay the filing of Appellee's brief.

The undersigned contacted all counsels who have appeared in the case and Chris Andrews via email to request their consent to this motion. Respondents have indicated that they do not oppose an extension through Friday August 14, 2015. The additional one day on a weekend would not appear to make any significant difference.

Dated: Thursday August 13, 2015     Respectfully submitted:

**Scott Mancinelli, Appellant**

By: /s/ *Scott Mancinelli*
156 West Washington Avenue
Zeeland, MI 49464
(616) 990-0453

4

Nos. 15-1552

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

THE SHANE GROUP, ET AL.,

*Plaintiffs-Appellees,*

v.

BLUE CROSS BLUE SHIELD OF MICHIGAN,

*Defendant-Appellee*,

CHRISTOPHER ANDREWS,

*Objector-Appellant*

SCOTT MANCINELLI,

*Objector-Appellant*,

ADAC AUTOMOTIVE, ET AL.,

*Objectors-Appellants.*

---

On Appeal from the United States District Court
for the Eastern District of Michigan, Southern Division,
No. 02:10-cv-14360-DPH-MKM

---

**CERTIFICATE OF SERVICE**

2

I hereby certify that on August 13, 2015, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

I also certify that I served a copy of the foregoing documents via first class US Mail and electronic delivery via email upon:

Christopher Andrews
P.O. Box 530394
Livonia, MI 48152

Respectfully submitted:

**Scott Mancinelli, Appellant**

By: /s/ *Scott Mancinelli*
     156 West Washington Avenue
     Zeeland, MI 49464
     (616) 990-0453