# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  August 13, 2015

Mr. Scott Mancinelli
Hoesch & Vander Ploeg
156 W. Washington Avenue
Zeeland, MI 49464-1120

Re:  Case No. 15-1552, *Shane Group, Inc., et al v. Blue Cross Blue Shield of Mic, et al*
     Originating Case No. : 2:10-cv-14360

Dear Counsel,

   The briefing schedule for this case has been reset and the briefs listed below must be filed electronically with the Clerk's office no later than these dates.  Counsel are strongly encouraged to read the latest version of the Sixth Circuit Rules at www.ca6.uscourts.gov, in particular Rules 28 and 30.

| | |
|---|---|
| Appellant's Brief<br>Appendix (if required by 6th Cir. R. 30(a)) | Filed electronically by **August 24, 2015** |
| Appellee's Brief<br>Appendix (if required by 6th Cir. R. 30(a) and (c)) | Filed electronically by **September 23, 2015** |
| Appellant's Reply Brief<br>(Optional Brief) | Filed electronically **17** days after the appellee's brief is filed.<br>See Fed. R. App. P. 26(c) |

   A party desiring oral argument must include a statement <u>in the brief</u> setting forth the reason(s) why oral argument should be heard.  *See* 6th Cir. R. 34(a).  If the docket entry for your brief indicates that you have requested oral argument but the statement itself is missing, you will be directed to file a corrected brief.

    In scheduling appeals for oral argument, the court will do what it can to avoid any dates which counsel have called to its attention as presenting a conflict.  If you have any such dates, you should address a letter to the Clerk advising of the conflicted dates.

                                               Sincerely yours,

                                               s/Bryant L. Crutcher
                                             Case Manager
                                             Direct Dial No. 513-564-7013

cc:  Ms. Michelle L. Alamo
      Bryan M. Beckerman
      Mr. Darryl G. Bressack
      Mr. David H. Fink
      Ms. Tacy Fletcher Flint
      Jennifer E. Frushour
      Patrick B. Green
      Mr. E. Powell Miller
      Michael A. Novara
      Ms. Alyson Oliver
      Mr. Robert A. Phillips
      Mr. John Mark Skakun III
      Mr. Constantine L. Trela Jr.

Enclosure

**CHECKLIST FOR BRIEFS**

ECF FUNDAMENTALS:

___ Briefs filed ECF unless filer is pro se or attorney with a waiver for ECF filings
___ PDF format required
___ Native PDF format strongly preferred
___ In consolidated cases (excluding cross-appeals), appellants should **un-check** the case number(s) that is/are not their case. The appellant's brief should appear only on the docket of his/her specific appeal.
___ Parties who have joined in a notice of appeal shall file a single brief. Fed. R. App. P. 3(b)(1).

COVER OF BRIEF (Fed. R. App. P. 32(a)(2)):

___ Sixth Circuit case number
___ Heading: "United States Court of Appeals for the Sixth Circuit"
___ Title of case
___ Nature of proceeding and name of court, agency or board below
___ Title of brief (example "Appellant's Brief")
___ Name(s) and address(es) of counsel filing the brief

CONTENTS (Fed. R. App. P. 28, 6 Cir. R. 28):

___ Corporate Disclosure Form
___ Table of Contents
___ Table of Authorities with page references (with cases alphabetically arranged, statutes and other authorities)
___ **Statement in support of oral argument** (if there is no statement, argument is waived)

\*\*\*Page limitation, word or line count begins here. See Fed. R. App. P. 32(a)(7)

___ Jurisdictional statement
___ Statement of issues
___ Statement of the case, setting out the relevant facts and history with references to the record

> When referring to a district court record, the citation must include: (1) a brief description of the document; (2) the docket entry number of the document; and (3) the Page ID # range for the relevant pages.  See 6 Cir. R. 28 for additional information on how to reference appendices or administrative records in other appeals.  Examples:
>
> > Motion for Summary Judgment, RE 24, Page ID # 120-145
> > Transcript, RE 53, Page ID # 675-682
> > Plea Agreement, R. 44, Page ID # 220-225
> > A.R., RE 5, Page ID # 190-191, pp. 69-70

___   Summary of argument

___   Argument **with references to record and citations to case law, statutes and other authorities**.  The preferred format is that references and citations appear in the body of the text and not in footnotes.

___   Standard of review (for each issue which may appear in discussion of each issue or under separate heading placed before discussion of issues)

___   Signed conclusion
   Signature format is: s/(attorney's name)
   Graphic or other electronic signatures discouraged
***Page limitation, word or line count ends here

___   A Certificate of Compliance as required by Fed. R. App. P. 32(a)(7)(C)

___   Dated Certificate of Service

___   **Designation of Relevant District Court Documents with Page ID # range**

___   Other Addendum contents allowed by Fed. R. App. P. 28(f) or 6 Cir. R. 28(b). Addendum may **not** contain any items from lower court record or appendix.

TYPEFACE AND LENGTH (See Fed. R. App. 32(a)(5) and (a)(7):

___   Typeface either proportionally-spaced font at 14 point (such as CG Times or Times New Roman) or monospaced font at 12 point (such as Courier New)

   Times New Roman at 14 point    `Courier New at 12 point`

- \_\_\_ Length for principal briefs: 30 pages OR up to 14,000 words (proportional fonts) OR up to 1300 lines (monospaced font)
- \_\_\_ Length for reply brief: 15 pages OR up to 7,000 words (proportional fonts) OR up to 650 lines (monospaced font)
- \_\_\_ Briefs using the 14,000 word or 1300 line limits <u>must</u> include word or line count in certificate of compliance (see Fed. R. App. P. 32(a)(7)(C)).
- \_\_\_ Headings, footnote and quotations count toward word or line limitations
- \_\_\_ For Death Penalty briefs, see 6 Cir. R. 32(b)(2)
- \_\_\_ For Cross-Appeals, see Fed. R. App. P. 28.1
- \_\_\_ For Amicus briefs, see Fed. R. App. P. 29 and 32

MISCELLANEOUS:

- \_\_\_ Personal information must be redacted from the brief - see Fed. R. App. P. 25(a)(5) for specifics. When filing a brief, the ECF system will require attorneys to verify that personal information has been redacted.
- \_\_\_ Footnotes must be same sized text as body of brief.